AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 3:25-mj-56 | Date and time warrant executed: February 4, 2025 2:28pm | Copy of warrant and inventory left with: Office |
|---|---|---|

Inventory made in the presence of: Inspector Rossiter

Inventory of the property taken and name of any person(s) seized:

Inventory taken, nothing seized

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: February 4, 2025

*Sean C. Humphrey*
*Executing officer's signature*

Sean C. Humphrey/TFO USPIS
*Printed name and title*